Fill in this information to identify the case:

Debtor 1        **Alan Joseph Vidmar**

Debtor 2        **Christine C Vidmar**
(Spouse, if filing)

United States Bankruptcy Court for the:   **Northern District of Illinois (Chicago)**

Case number:   **10-35284**_____   (State)

Official Form 4100R
Response to Final Cure Payment                                                                                      3/16/16

According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of Creditor: Ditech Financial LLC                    Court Claim no. (if known):

Last 4 digits of any number you use to identify the debtor's account:    0828

Property address:    46 Tomahawk Trail
                     Number     Street

                     Oswego, IL 60543
                     City        State       Zip Code

### Part 2: Pre-petition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

### Part 3: Post-petition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor is on:
                                                      MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total post-petition ongoing payments due:                                          (a) $809.05
b. Total fees, charges, expenses, escrow, and costs outstanding:                      (b) _____
   *(Outstanding Extension Interest Balance)*
c. Total. Add lines a and b.                                                          (c) $809.05

Creditor asserts that the debtor(s) are contractually obligated for the post-petition payments that first became due on:    04/01/2016
                                                      MM / DD / YYYY

Debtor 1  **Alan Joseph Vidmar**
Debtor 2  **Christine C Vidmar**           Case number: **10-35284**
First Name    Middle Name    Last Name

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

all payments received;
all fees, costs, escrow, and expenses assessed to the mortgage; and
all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X    /s/ Amanda Weber                          Date: 4/28/16
     Signature

Print:     Amanda Weber                  Title: Bankruptcy Representative
           First Name    Middle Name    Last Name

Company    Ditech Financial LLC

Address    1400 Turbine Drive Suite 200
           Number    Street

           Rapid City      SD          57703
           City            State       ZIP Code

Contact phone:                          Email: bankruptcy.team@ditech.com
(888) 298-7785

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
**Northern District of Illinois (Chicago)**

IN RE:   **Alan Joseph Vidmar and Christine C Vidmar**                    NO. **10-35284**

CERTIFICATE OF SERVICE

    I, Amanda Weber, do hereby certify that I have served a true and correct copy of the RESPONSE TO NOTICE OF FINAL CURE PAYMENT filed by Ditech Financial LLC on 4/28/16 Debtors were served via FIRST CLASS MAIL, **Alan Joseph Vidmar** and **Christine C Vidmar** 46 Tomahawk Trail Oswego, IL 60543. Counsel was served via ECF service **Vincent S Cook,** vinscookie@gmail.com, and **C David Ward,** cdward1945@yahoo.com; **Glenn B Stearns**, mcguckin_m@lisle13.com.

    DATED:  This the 28th day of April, 2016.


                                                              /s/ Amanda Weber


Amanda Weber
Bankruptcy Specialist
Ditech Financial LLC
P.O. Box 6154
Rapid City, SD 57703

# Delaware

## The First State

PAGE 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

"DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190  8100M

151168309

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 2641973

DATE: 08-13-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND**: The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD**: The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH**: The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH**: The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH**: A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

IN WITNESS WHEREOF, said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

GREEN TREE SERVICING LLC

By: _____
Name: Wanda Lamb-Lindow
Title: Assistant Secretary

*[Certificate of Merger]*